IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS INC.                                    PLAINTIFF

v.                              No. 3:15-cv-37-DPM

BARBARA ANN BROTHERS,
Individually and d/b/a McAdoo's Lounge;
LADY DEE McADOO, Individually
and d/b/a McAdoo's Lounge; and
BLYTHEVILLE EXECUTIVE CLUB INC.,
an unknown business entity d/b/a
McAdoo's Lounge                                             DEFENDANTS

ORDER

The docket reflects no return of service and no activity for almost a year. The Court will dismiss the complaint without prejudice unless Joe Hand Promotions files proof of good and timely service by 15 February 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2016