IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS INC.                                   PLAINTIFF

v.                          No. 3:15-cv-37-DPM

BARBARA ANN BROTHERS,
Individually and d/b/a McAdoo's Lounge;
LADY DEE McADOO, Individually
and d/b/a McAdoo's Lounge; and
BLYTHEVILLE EXECUTIVE CLUB INC.,
an unknown business entity d/b/a
McAdoo's Lounge                                            DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2016